```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


VIRGIN RECORDS AMERICA, INC.,   )
et al.,                         )
            Plaintiffs,         )
                                )
        vs.                     )      No. 4:05-CV-1693 CEJ
                                )
DOES 1 - 142,                   )
                                )
            Defendants.         )
```

**ORDER**

In accordance with plaintiffs' voluntary dismissal of the complaint, pursuant to Fed. R. Civ. P. 41(a)(1),

**IT IS HEREBY ORDERED** that the action against defendants John Doe #1 - 67 and #69 - 142 is **dismissed without prejudice.**

**IT IS FURTHER ORDERED** that the action against John Doe #68 is **dismissed with prejudice.**

```
                              _____
                              CAROL E. JACKSON
                              UNITED STATES DISTRICT JUDGE
```

Dated this 10th day of July, 2006.